The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, | Case No.: 2:17-cv-01729-TSZ |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOHN DOE subscriber assigned IP address 24.18.38.215, | |
| Defendant. | |

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action and all claims asserted therein *with prejudice*. Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 3rd day of May, 2018

FOX ROTHSCHILD LLP


 *s/ Bryan J. Case*
Bryan J. Case, WSBA #41781

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE (2:17-cv-01729-TSZ)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  _s/ *Bryan J. Case*_____
     Bryan J. Case

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE (2:17-cv-01729-TSZ)

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

2