Case 2:17-cv-01729-TSZ   Document 18   Filed 06/14/18   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE (24.18.38.215);<br>JOHN DOE (71.231.142.237);<br>JOHN DOE (50.54.142.188);<br>JANE DOE (71.231.108.136);<br>JOHN DOE (71.231.164.231);<br>JANE DOE (71.59.168.162);<br>JANE DOE (73.254.159.175),<br><br>Defendants. | C17-1729 TSZ<br>C17-1730 TSZ<br>C17-1733 TSZ<br>C17-5952 TSZ<br>C17-5954 TSZ<br>C17-5955 TSZ<br>C17-5956 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Having reviewed plaintiff's response to the Minute Order entered May 29, 2018, the Court is satisfied that plaintiff and its attorneys have not violated the Court's directive not to communicate directly with any defendant for any purpose until further order of the Court.  The Court is also satisfied with plaintiff's counsel's explanations concerning (i) why no response to the Rule 45 subpoena was submitted by Frontier Communications in C17-1733, and (ii) why summons was (a) not served in C17-5954, and (b) not requested in C17-5955 and C17-5956.

(2)     The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1